Clarence S. WILSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69254.

Missouri Court of Appeals,
Western District.

Feb. 2, 2010.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 30, 2010.

Application for Transfer Denied
May 25, 2010.

Stephen M. Patton, Kansas City, MO,
for appellant.

Shaun Mackelprang and Jayne T.
Woods, Jefferson City, MO, for respondent.

Before ALOK AHUJA, P.J., JAMES M.
SMART, JR., and LISA WHITE
HARDWICK, JJ.

### Order

PER CURIAM:

Clarence Wilson appeals the denial of
his Rule 29.15 motion for post-conviction
relief following an evidentiary hearing.
Determining that the motion court did not
clearly err in denying the motion, we affirm the judgment. Rule 84.16(b).

Rickey E. FERDINAND, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 71012.

Missouri Court of Appeals,
Western District.

Feb. 9, 2010.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 30, 2010.

Application for Transfer Denied
May 25, 2010.

Rickey Ferdinand, Jefferson City, MO,
Appellant Acting pro se.

Chris Koster, Jayne T. Woods, Shaun J.
Mackelprang, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, C.J.,
LISA WHITE HARDWICK, and
CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Mr. Rickey E. Ferdinand appeals the
order denying the motion to reopen his
Rule 29.15 post-conviction proceeding.
Mr. Ferdinand challenges the motion
court's ruling that the post-conviction relief counsel's untimely filing of the amended motion did not prejudice him.

For reasons stated in the memorandum
provided to the parties, we affirm. Rule
84.16(b).